# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

GREGORY MARTINEZ,

    Plaintiff,

v.                                             Civ. No. 16-1223 GJF

NANCY A. BERRYHILL, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58(a) and consistent with the "Order Dismissing Case Without Prejudice" [ECF No. 29] entered by the Court on September 5, 2017, this Final Judgment adjudicates all existing claims and liabilities of the parties.

The above-captioned cause is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*